1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California  93721
   Telephone: (559) 497-4000

**FILED**

MAY - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06 sw 0095 DLB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL |
| v. ) | SEARCH WARRANT |
| ) | |
| 3595 S. Elm Street ) | |
| Fresno, CA ) | |
| ) | |
| Defendant. ) | |

The search warrant in this case, having been sealed by Order of this Court, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

DATED: May 3, 2006

_____
HONORABLE DENNIS L. BECK

1